```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 03349
   AMY BETH LUPO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3574

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 03/30/2006 and was confirmed 06/05/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

      The case was converted to chapter 7 after confirmation 03/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE SECURED              .00             .00          .00
CHICAGO PATROLMENS FED C SECURED              .00             .00          .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG        .00             .00          .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE   16290.13         1911.15      7584.35
FISHER & SHAPIRO         NOTICE ONLY    NOT FILED             .00          .00
ADVANCED AMBULATORY      UNSECURED      NOT FILED             .00          .00
LVNV FUNDING LLC         UNSECURED          400.86            .00          .00
CAPITAL ONE              UNSECURED          490.94            .00          .00
CHECK N GO               UNSECURED          265.33            .00          .00
CHICAGO PATROLMENS FED C UNSECURED         3864.92            .00          .00
CHICAGO PATROLMENS FED C UNSECURED         2841.86            .00          .00
CHICAGO PATROLMENS FED C UNSECURED         1349.29            .00          .00
CITY OF CHICAGO PARKING  UNSECURED           50.00            .00          .00
DISCOVER FINANCIAL SERVI UNSECURED         5030.79            .00          .00
CHARMING SHOPPES FASHION UNSECURED          874.92            .00          .00
FINGERHUT CORP           UNSECURED          212.94            .00          .00
GRAUBER DENTAL ASSOCIATE UNSECURED          249.30            .00          .00
H&F LAW                  UNSECURED      NOT FILED             .00          .00
HARRIS                   UNSECURED      NOT FILED             .00          .00
HARVARD COLLECTION SERVI UNSECURED      NOT FILED             .00          .00
HSBC NV                  UNSECURED      NOT FILED             .00          .00
I C COLLECTION SERVICE   UNSECURED      NOT FILED             .00          .00
MCI                      UNSECURED      NOT FILED             .00          .00
MIDWEST DIAGNOSTIC PATHO UNSECURED      NOT FILED             .00          .00
REGIONAL MRI OF CHICAGO  UNSECURED           64.60            .00          .00
PAMELA LOZA              PRIORITY          6540.00            .00          .00
PEOPLES GAS LIGHT & COKE UNSECURED          935.44            .00          .00
RESURRECTION HOSPITAL    UNSECURED      NOT FILED             .00          .00
ROGERS PARK ONE DAY SURG UNSECURED      NOT FILED             .00          .00
ROGERS PARK ONE DAY SURG NOTICE ONLY    NOT FILED             .00          .00
TERRENCE P LOBBY         UNSECURED      NOT FILED             .00          .00
BUREAUS                  UNSECURED      NOT FILED             .00          .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 03349 AMY BETH LUPO
```

```
NEUROCENTER              UNSECURED        NOT FILED              .00         .00
TRUEGREEN CHEMLAWN       UNSECURED        NOT FILED              .00         .00
HSBC BANK NEVADA NA      UNSECURED         1842.88               .00         .00
ATHLETICO LTD            UNSECURED        NOT FILED              .00         .00
GUERING COLLEGE PREP     UNSECURED        NOT FILED              .00         .00
AMERICAN GENERAL FINANCE UNSECURED        NOT FILED              .00         .00
JOSEPH A BALDI & ASSOC   DEBTOR ATTY        889.00                        889.00
TOM VAUGHN               TRUSTEE                                           615.50
DEBTOR REFUND            REFUND                                            500.00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE              11,500.00

PRIORITY                                           .00
SECURED                                       7,584.35
    INTEREST                                  1,911.15
UNSECURED                                          .00
ADMINISTRATIVE                                  889.00
TRUSTEE COMPENSATION                            615.50
DEBTOR REFUND                                   500.00
                     ---------------       ---------------
TOTALS               11,500.00                11,500.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 06/23/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 06 B 03349 AMY BETH LUPO